## Commonwealth *v.* Smith, Appellant.

Argued March 23, 1966. *Edward F. Kane,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.